# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

          **Plaintiff,**

-vs-

                              Case No. 3:07-CR-112
                              District Judge Thomas M. Rose

WILLIAM KNIGHT,

          **Defendant.**

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

Pursuant to the record set forth in open court on September 6, 2017, the Defendant appeared with Counsel for a final supervised release revocation hearing, after having previously appeared before the Honorable Walter H. Rice, entered an admission to the alleged violation and found the Defendant had violated the conditions of his supervision, proceeded with sentencing. This Court ORDERS that:

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of twelve (12) month to run **concurrent** to **Case No. 3:17-cr-04**. The sentence will not be followed by any period of supervised release on this case matter.

The Court recommends to the Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated on said offense.

The Defendant was explained his rights of appeal and indicated an understanding of same.

The Defendant will be allowed to voluntarily self-surrender.

IT IS SO ORDERED.

Date: September 7, 2017

                                                      THOMAS M. ROSE, JUDGE
                                                      UNITED STATES DISTRICT COURT